UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LUTHER BURBANK MEMORIAL FOUNDATION,<br><br>        Defendant. | Case No.  13-cv-01658-MEJ<br><br>**ORDER DIRECTING THE PARTIES TO FILE A STATUS REPORT BY MAY 12, 2014** |

Plaintiffs Daren Heathelry and Irma Ramirez filed this lawsuit pursuant to the Americans with Disabilities Act on April 11, 2013.  Dkt. No. 1.  On June 17, 2013, the parties stipulated that Defendant would file an answer on or before August 5, 2013 in order to allow the parties to engage in settlement negotiations.  Dkt. No. 5.  Since that time, there has been no other activity in this action.  Accordingly, the Court ORDERS the parties to file a joint status report apprising the Court of the status of case and their compliance with the deadlines set forth in the Scheduling Order for ADA cases (Dkt. No. 2) by May 12, 2014.

**IT IS SO ORDERED.**

Dated: April 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge