UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

        Plaintiffs,

   v.

LUTHER BURBANK MEMORIAL FOUNDATION,

        Defendant.

Case No. 13-cv-01658-MEJ

**ORDER TO SHOW CAUSE**

Plaintiffs Daren Heathelry and Irma Ramirez filed this lawsuit pursuant to the Americans with Disabilities Act on April 11, 2013.  Dkt. No. 1.  On June 17, 2013, the parties stipulated that Defendant would file an answer on or before August 5, 2013 in order to allow the parties to engage in settlement negotiations.  Dkt. No. 5.  As there has been no further docket activity since that time, the Court ordered the parties to file a joint status report by May 12, 2014, apprising the Court of the status of case and their compliance with the deadlines set forth in the Scheduling Order for ADA cases.  Dkt. No. 7.  No response has been received.

Accordingly, the Court hereby ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiffs shall file a declaration by May 22, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 5, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby provided to Plaintiffs that the Court may dismiss the case without a hearing if no responsive declaration is filed.  Thus, it is imperative that Plaintiffs file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 14, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge