UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>LUTHER BURBANK MEMORIAL FOUNDATION,<br><br>       Defendant. | Case No. 13-cv-01658-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On November 12, 2015, Plaintiffs Irma Ramirez, Daren Heatherly, and Harrison Benson Kinney, Jr. filed a Motion for Leave to Amend the Complaint. Dkt. No. 33. However, Defendant Luther Burbank Memorial Foundation failed to file an opposition or statement of non-opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Defendant to show cause (1) why sanctions should not be imposed for failure to comply with court rules, and (2) why the Court should not grant leave to amend. Defendant shall e-file a declaration by December 8, 2015. No chambers copy is required. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on December 17, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 1, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge