UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUTHER BURBANK MEMORIAL FOUNDATION,<br><br>　　　　　Defendant. | Case No. 13-cv-01658-MEJ<br><br>**ORDER DISCHARGING OSC AND GRANTING MOTION TO AMEND** |

On November 12, 2015, Plaintiffs Irma Ramirez, Daren Heatherly, and Harrison Benson Kinney, Jr. filed a Motion for Leave to Amend the Complaint. Dkt. No. 33. As Defendant Luther Burbank Memorial Foundation failed to file an opposition or statement of non-opposition pursuant to Civil Local Rule 7, the Court ordered Defendant to show cause (1) why sanctions should not be imposed for failure to comply with court rules, and (2) why the Court should not grant leave to amend. Dkt. No. 36. Having received Defendant's declaration in response and statement of non-opposition (Dkt. Nos. 37-38), the Court DISCHARGES the Order to Show Cause. Plaintiffs' Motion for Leave to Amend is GRANTED. Plaintiffs shall e-file the amended complaint by December 10, 2015. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge